PEOPLE ex rel. CRONIN, Appellant, v. BUTTLING, Respondent. (Supreme Court, General Term, Second Department. July, 1894.) Proceeding on the relation of Jeremiah J. Cronin against William J. Buttling, sheriff. No opinion. Order affirmed on the opinion of Justice Cullen in the case of People v. Jeremiah J. Cronin. Brown, P. J., not sitting.

PEOPLE ex rel. McCLOSKY v. ANDREWS. (Superior Court of New York City, General Term. January 7, 1895.) Application by Patrick McClosky for a writ of mandamus to William S. Andrews, as com-

missioner of street cleaning. Alfred & Charles Steckler, for appellant. William H. Clark, for respondent.

PER CURIAM. For the reasons stated in the opinion of the court below (30 N. Y. Supp. 398), the order appealed from must be affirmed, with $50 costs and disbursements.